TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  taf@lnbyg.com; jyo@lnbyg.com; jsk@lnbyg.com

Attorneys for John Pringle,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CINEMA MANAGEMENT GROUP, LLC,<br><br>Debtor. | Case No. 2:24-bk-20369-NB<br><br>Chapter 11<br><br>**EX PARTE REQUEST FOR ENTRY OF AMENDED ORDER ON MOTION TO ABANDON**<br><br>[Local Bankruptcy Rule 9013-1(o)]<br><br>[No Hearing Required] |

1

John Pringle, the chapter 11 trustee (the "Trustee") for the bankruptcy estate of Cinema Management Group, LLC, debtor herein (the "Debtor") hereby respectfully requests that the Court enter the proposed amended order (the "Amended Order") to approve the "*Motion For An Order Authorizing The Trustee To: (1) Abandon, Remove, Discard, And/Or Destroy The Abandoned Personal Property; And (2) Abandon The Abandoned Film Property*" [Doc. No. 215] (the "Motion") attached as **Exhibit "A** hereto.

The Motion to abandon mistakenly[1] defined "Unsold Films" as including two films – "*Loving Vincent: The Impossible Dream*" and "*Searching for Ingmar Bergman*" – that were previously sold to Narrative Capital Partners LLC (the "Sold Films") pursuant to Court order.[2] As a result, the Trustee requests that the Court enter the Amended Order to clarify that the rights to the Sold Films are not being abandoned because they were previously sold to Narrative Capital Partners LLC.

Dated: June 1, 2026

JOHN PRINGLE, CHAPTER 11 TRUSTEE OF
CINEMA MANAGEMENT GROUP, LLC

By:    /s/ Jeffrey S. Kwong
　　　TODD A. FREALY
　　　JULIET Y. OH
　　　JEFFREY S. KWONG
　　　LEVENE, NEALE, BENDER, YOO
　　　& GOLUBCHIK L.L.P.
　　　Attorneys for Chapter 11 Trustee

---

[1] *See* (Doc. No. 182, page 4 and Exhibit 1).

[2] *See* (Doc. Nos. 199) (Sale Order); and (Doc. No. 182) (Sale Motion).

2

# EXHIBIT A

TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  taf@lnbyg.com; jyo@lnbyg.com; jsk@lnbyg.com

Attorneys for John Pringle,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CINEMA MANAGEMENT GROUP, LLC,<br><br>Debtor. | Case No. 2:24-bk-20369-NB<br><br>Chapter 11<br><br>**AMENDED ORDER APPROVING MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO: (1) ABANDON, REMOVE, DISCARD, AND/OR DESTROY THE ABANDONED PERSONAL PROPERTY; AND (2) ABANDON THE ABANDONED FILM PROPERTY**<br><br>[Local Bankruptcy Rule 9013-1(o)]<br><br>[No Hearing Required] |

1

The Court, having considered the "*Motion For An Order Authorizing The Trustee To: (1) Abandon, Remove, Discard, And/Or Destroy The Abandoned Personal Property; And (2) Abandon The Abandoned Film Property*" [Doc. No. 215] (the "Motion")[1] filed by John Pringle, the chapter 11 trustee (the "Trustee") for the bankruptcy estate of Cinema Management Group, LLC, the memorandum of points and authorities, declaration, and exhibits filed therewith, the declaration of the Trustee's counsel certifying that he has received no objection to such Motion, the "*Request For Entry Of Amended Order On Motion To Abandon*" [Doc. No. 222], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

(1)      The Motion is granted in its entirety; and

(2)      Except as it relates to the rights related to the films titled "*Loving Vincent: The Impossible Dream*" and "*Searching for Ingmar Bergman*" which were previously sold to Narrative Capital Partners LLC pursuant to Court order,[2] the Trustee is authorized to abandon, remove and/or discard the Abandon Assets.

# # #

---

[1] All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.

[2] *See* (Doc. Nos. 199) (Sale Order); and (Doc. No. 182) (Sale Motion).

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A True And Correct Copy Of The Foregoing Document Entitled **Ex Parte Request For Entry Of Amended Order On Motion To Abandon** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 1, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Shalini Bhasker    sbhasker@lakklawyers.com, shalini.bhasker@gmail.com
- Jerome S Cohen    jsc@jscbklaw.com
- Lori E Eropkin    leropkin@lakklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- Todd A. Frealy    taf@lnbyg.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Paul J Laurin    paul.laurin@offitkurman.com, slmoore@btlaw.com
- Peter M Lively    PeterMLively2000@yahoo.com
- Ron Maroko    ron.maroko@usdoj.gov
- John D Monte    johnmontelaw@gmail.com, monte.johnb117807@notify.bestcase.com
- David L. Neale    dln@lnbyg.com
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Scott Olson    solson@seyfarth.com, chidocket@seyfarth.com
- John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com
- James M Sullivan    jmsullivan@seyfarth.com, ccaruso@mosessinger.com;dkick@mosessinger.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alex M Weingarten    aweingarten@willkie.com, lcarter@willkie.com

**2.  SERVED BY UNITED STATES MAIL**: On **June 1, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552/ Courtroom 1545
Los Angeles, CA 90012

☒Service list attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 1, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐Email Service list attached

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 1, 2026 | Vanina Ivanova | /s/ Vanina Ivanova |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

Cinema Management Group, LLC
(10762)

**RSN**

Attys for Wonderdog 1 Productions
Paul Laurin/Jonathan Boustani-**RSN**
Barnes & Thornburg LLP
2029 Century Park E, Ste 300
Los Angeles, CA 90067-290

Attorney for Cool Beans BV
Jerome S. Cohen-**RSN**
361 North Martel Avenue
Los Angeles, CA 90036.

Attorneys for Creditor 4 Cats Pictures,
S.A.U.
Scott Olson-**RSN**
Seyfarth Shaw LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105

Attorneys for Creditor 4 Cats Pictures,
S.A.U.
James M. Sullivan-**RSN**
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY  10018-1405