TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  taf@lnbyg.com; jyo@lnbyg.com; jsk@lnbyg.com

Attorneys for John Pringle,
Chapter 11 Trustee

FILED & ENTERED

JUN 02 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:24-bk-20369-NB |
| CINEMA MANAGEMENT GROUP, LLC, | Chapter 11 |
| Debtor. | **AMENDED ORDER APPROVING MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO: (1) ABANDON, REMOVE, DISCARD, AND/OR DESTROY THE ABANDONED PERSONAL PROPERTY; AND (2) ABANDON THE ABANDONED FILM PROPERTY** |
| | [Local Bankruptcy Rule 9013-1(o)] |
| | [No Hearing Required] |

1

The Court, having considered the "*Motion For An Order Authorizing The Trustee To: (1) Abandon, Remove, Discard, And/Or Destroy The Abandoned Personal Property; And (2) Abandon The Abandoned Film Property*" [Doc. No. 215] (the "Motion")[1] filed by John Pringle, the chapter 11 trustee (the "Trustee") for the bankruptcy estate of Cinema Management Group, LLC, the memorandum of points and authorities, declaration, and exhibits filed therewith, the declaration of the Trustee's counsel certifying that he has received no objection to such Motion, the "*Request For Entry Of Amended Order On Motion To Abandon*" [Doc. No. 222], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

(1)    The Motion is granted in its entirety; and

(2)    Except as it relates to the rights related to the films titled "*Loving Vincent: The Impossible Dream*" and "*Searching for Ingmar Bergman*" which were previously sold to Narrative Capital Partners LLC pursuant to Court order,[2] the Trustee is authorized to abandon, remove and/or discard the Abandon Assets.

# # #

Date: June 2, 2026

*Neil W. Bason*

Neil W. Bason
United States Bankruptcy Judge

---

[1] All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.
[2] *See* (Doc. Nos. 199) (Sale Order); and (Doc. No. 182) (Sale Motion).

2