United States Bankruptcy Court

Central District of California

In re:

Cinema Management Group, LLC

    Debtor

Case No. 24-20369-NB

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Cinema Management Group, LLC, 8501 Wilshire Boulevard - Suite 320, Beverly Hills, CA 90211-3134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex M Weingarten | on behalf of Creditor Banc of California National Association aweingarten@willkie.com, lcarter@willkie.com |
| David L. Neale | on behalf of Trustee John P Pringle (TR) dln@lnbyg.com |
| James M Sullivan | on behalf of Creditor Anangu Grup S.L.U. jmsullivan@seyfarth.com, ccaruso@mosessinger.com;dkick@mosessinger.com |
| James M Sullivan | on behalf of Creditor 4 Cats Pictures S.L.U. jmsullivan@seyfarth.com, ccaruso@mosessinger.com;dkick@mosessinger.com |
| James M Sullivan | on behalf of Creditor Mogambo Entertainment S.L. jmsullivan@seyfarth.com, ccaruso@mosessinger.com;dkick@mosessinger.com |

District/off: 0973-2            User: admin            Page 2 of 2

Date Rcvd: Jun 02, 2026            Form ID: pdf042            Total Noticed: 1

James M Sullivan
> on behalf of Creditor Little Big Boy  A.I.E. jmsullivan@seyfarth.com, ccaruso@mosessinger.com;dkick@mosessinger.com

James M Sullivan
> on behalf of Creditor Atresmedia Cine  S.L.U. jmsullivan@seyfarth.com, ccaruso@mosessinger.com;dkick@mosessinger.com

Jeffrey S Kwong
> on behalf of Trustee John P Pringle (TR) jsk@lnbyg.com  jsk@ecf.inforuptcy.com

Jerome S Cohen
> on behalf of Creditor Cool Beans BV jsc@jscbklaw.com

John D Monte
> on behalf of Debtor Cinema Management Group  LLC johnmontelaw@gmail.com, monte.johnb117807@notify.bestcase.com

John P Pringle (TR)
> brenfro@rpmlaw.com  jpp@trustesolutions.net;jpringle@rpmlaw.com

Juliet Y. Oh
> on behalf of Trustee John P Pringle (TR) jyo@lnbyg.com  jyo@lnbyb.com

Lori E Eropkin
> on behalf of Interested Party TPC Library Holdings  LLC leropkin@lakklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

Paul J Laurin
> on behalf of Creditor Wonderdog 1 Productions Inc. paul.laurin@offitkurman.com  slmoore@btlaw.com

Peter M Lively
> on behalf of Interested Party Peter M. Lively PeterMLively2000@yahoo.com

Ron Maroko
> on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Scott Olson
> on behalf of Creditor Little Big Boy  A.I.E. solson@seyfarth.com, chidocket@seyfarth.com

Scott Olson
> on behalf of Creditor Anangu Grup  S.L.U. solson@seyfarth.com, chidocket@seyfarth.com

Scott Olson
> on behalf of Creditor 4 Cats Pictures  S.A.U. solson@seyfarth.com, chidocket@seyfarth.com

Scott Olson
> on behalf of Creditor Mogambo Entertainment  S.L. solson@seyfarth.com, chidocket@seyfarth.com

Scott Olson
> on behalf of Attorney Seyfarth Shaw LLP solson@seyfarth.com  chidocket@seyfarth.com

Scott Olson
> on behalf of Creditor Atresmedia Cine  S.L.U. solson@seyfarth.com, chidocket@seyfarth.com

Scott Olson
> on behalf of Creditor 4 Cats Pictures  S.L.U. solson@seyfarth.com, chidocket@seyfarth.com

Shalini Bhasker
> on behalf of Interested Party TPC Library Holdings  LLC sbhasker@lakklawyers.com, shalini.bhasker@gmail.com

Todd A. Frealy
> on behalf of Trustee John P Pringle (TR) taf@lnbyg.com

United States Trustee (LA)
> ustpregion16.la.ecf@usdoj.gov


TOTAL: 26

TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  taf@lnbyg.com; jyo@lnbyg.com; jsk@lnbyg.com

Attorneys for John Pringle,
Chapter 11 Trustee

FILED & ENTERED

JUN 02 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CINEMA MANAGEMENT GROUP, LLC,<br><br>Debtor. | Case No. 2:24-bk-20369-NB<br><br>Chapter 11<br><br>**AMENDED ORDER APPROVING MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO: (1) ABANDON, REMOVE, DISCARD, AND/OR DESTROY THE ABANDONED PERSONAL PROPERTY; AND (2) ABANDON THE ABANDONED FILM PROPERTY**<br><br>[Local Bankruptcy Rule 9013-1(o)]<br><br>[No Hearing Required] |

1

The Court, having considered the "*Motion For An Order Authorizing The Trustee To: (1) Abandon, Remove, Discard, And/Or Destroy The Abandoned Personal Property; And (2) Abandon The Abandoned Film Property*" [Doc. No. 215] (the "Motion")[1] filed by John Pringle, the chapter 11 trustee (the "Trustee") for the bankruptcy estate of Cinema Management Group, LLC, the memorandum of points and authorities, declaration, and exhibits filed therewith, the declaration of the Trustee's counsel certifying that he has received no objection to such Motion, the "*Request For Entry Of Amended Order On Motion To Abandon*" [Doc. No. 222], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

(1)     The Motion is granted in its entirety; and

(2)     Except as it relates to the rights related to the films titled "*Loving Vincent: The Impossible Dream*" and "*Searching for Ingmar Bergman*" which were previously sold to Narrative Capital Partners LLC pursuant to Court order,[2] the Trustee is authorized to abandon, remove and/or discard the Abandon Assets.

# # #

Date: June 2, 2026

*Neil W. Bason*
_____
Neil W. Bason
United States Bankruptcy Judge

---

[1] All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.
[2] *See* (Doc. Nos. 199) (Sale Order); and (Doc. No. 182) (Sale Motion).

2